1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT FOR THE**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9  UNITED STATES OF AMERICA,    )    Case No. CR 12-00876-JAK
                               )
10            Plaintiff,        )    ORDER ON DEFENDANT, REGINALD
                               )    SANFORD'S, UNOPPOSED NOTICE
11       v.                    )    OF MOTION AND UNOPPOSED
                               )    MOTION TO STAY PROCEEDINGS
12  REGINALD SANFORD,          )    TO DETERMINE DEFENDANT'S
    et al.,                    )    PHYSICAL AND MENTAL
13            Defendants.       )    INCOMPETENCE; REQUEST TO
    _____ )  SHORTEN TIME (Dkt. 78)

14
15       HAVING CONSIDERED Defendant, Reginald Sanford's, Unopposed Notice of

16  Motion and Unopposed Motion to Stay Proceedings to Determine Defendant's Physical

    and Mental Incompetence; Request to Shorten Time.
17
         IT IS HEREBY ORDERED:
18
         The hearing on the motion is set for October 31, 2013 at 8:30  am. Defendant is
19
    ordered to appear.
20

21  DATED: October 21, 2013    _____

22                              United States District Judge
                                John A. Kronstadt
23  Presented by:

24

25  PATRICK S. SMITH
    Attorney for Defendant,
26  REGINALD SANFORD

27

28

---